FILED
JAMES J. VILT, JR. - CLERK

MAR 19 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**ZHIQIANG HUANG**
**CHAOMING LIN**

INDICTMENT

NO. 3:25-CR-45-BJB

18 U.S.C. § 2
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(c)(1)(C)
21 U.S.C. § 853

The Grand Jury charges:

## BACKGROUND

1. Gift card tampering is a form of organized retail crime. Gift card tampering involves stealing gift cards from retail stores, tampering the gift card to steal sensitive information, and then placing the gift card back into commerce at a retailer to be sold to unsuspecting consumers. When a consumer purchases the tampered gift card and loads funds onto the gift card at the point of sale, the funds are diverted and stolen.

2. Individuals and organizations engaged in gift card tampering often target brands that can be redeemed for goods, or items that can be easily liquidated on digital marketplaces. Large retailers, such as Kroger, are primary targets due to the high levels of consumer traffic and quick inventory turnover.

3. Individuals and organizations engaged in gift card tampering typically employ several steps to effectuate the fraud:

    a. First, the perpetrators steal gift cards from stores.

    b. Second, the perpetrators carefully open the gift card packages to conceal any damage to the packaging, and remove the gift cards and alter them to provide

the perpetrators access to funds subsequently loaded onto the gift cards by consumers.

c. Third, the perpetrators carefully place the altered cards back in the packaging and reseal the package. The perpetrators then place the altered gift cards back on store shelves for sale to the public.

d. Fourth, the perpetrators determine when gift cards are activated by consumers, and once cards are activated, the perpetrators electronically drain the funds from those gift cards for their own use.

4. On October 19, 2024, Kroger security personnel observed **CHAOMING LIN** placing gift cards back on the rack in the Kroger store at 291 North Hubbards Lane in Louisville, Kentucky. **CHAOMING LIN** left Kroger and drove away before his car was stopped by the St. Matthews police department. **ZHIQIANG HUANG** was in the car with **CHAOMING LIN**. Approximately 5,000 gift cards were located during a search of the car. A subsequent analysis of those gift cards indicates that approximately 2,000 were likely altered.

COUNT 1
*(Possession of Counterfeit or Unauthorized Access Devices)*

5. Paragraphs 1-4 are incorporated by reference. On or about October 19, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, defendants **ZHIQIANG HUANG** and **CHAOMING LIN**, aided and abetted by each other and others unknown to the grand jury, knowingly and with intent to defraud, possessed fifteen or more counterfeit and unauthorized access devices.

In violation of Title 18, United States Code, Section 1029(a)(3) and 2.

## NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Section 1029(a) as charged in this Indictment, defendants **ZHIQIANG HUANG** and **CHAOMING LIN** shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of any such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, including, but not limited to gift cards, cell phones, and all materials and devices used to alter gift cards.

Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and Title 21, United States Code, Section 853.

A TRUE BILL.

---
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:DW:3/19/25

UNITED STATES OF AMERICA v. **ZHIQIANG HUANG** and **CHAOMING LIN**

## PENALTIES

Count 1:         NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
FORFEITURE

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENTS**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

**APPEAL**

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

**PAYMENTS**

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.