**FILED**
JAMES J. VILT JR,
CLERK
3/26/2025
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                           CRIMINAL NO. 3:25-CR-45-BJB

ZHIQIANG HUANG                                                       DEFENDANT

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
-*Electronically Filed*-

Petitioner, United States of America, by counsel, respectfully shows to this Honorable Court that Zhiqiang Huang is now confined in the Louisville Metro Department of Corrections at Louisville, Kentucky, under authority of the Director, and in accordance with the laws thereof, having been convicted of an offense against the laws of the State of Kentucky by virtue of which sentence the Director of said Louisville Metro Department of Corrections now holds the said Zhiqiang Huang.

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Western District of Kentucky, at Louisville, Kentucky, charging him with violations of Title 18, United States Code Section 2, 982(a)(2)(B), 1029(a)(3) and 1029(c)(1)(C), which action will be called for an arraignment before this Honorable Court on April 30, 2025 at 10:00 AM, at Louisville, Kentucky, *via* Video Conference.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Western District of Kentucky, and the Director of the Louisville Metro Department of Corrections at Louisville, Kentucky, requiring them to produce the body of the said Zhiqiang Huang on or

before the 30th day of April, 2025, at 10:00 AM, at Louisville, Kentucky, *via* Video Conference and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, against said prosecution.

                                        Respectfully submitted,

                                        MICHAEL A. BENNETT
                                        United States Attorney

                                        */s/ David Weiser*

                                        David Weiser
                                        Assistant United States Attorney
                                        717 West Broadway
                                        Louisville, Kentucky 40202
                                        PH: (502) 582-5911
                                        FAX: (502) 582-5067

DATE: March 24, 2025