**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CRIMINAL NO. 3:25-CR-45-BJB**
***Filed Electronically***

**ZHIQIANG HUANG** **DEFENDANT**

## SENTENCING MEMORANDUM

The United States recommends a sentence of time served. Restitution is not an issue in this case. A term of supervised release is unnecessary as the defendant has a detainer and will likely be deported.

The defendant has already served approximately thirteen (13) months in custody, and a sentence of time served will be sufficient, but not greater than necessary, to satisfy the 18 U.S.C. § 3553(a) sentencing factors. It will squarely address the nature and circumstances of the offense and the defendant's characteristics. It will also reflect the seriousness of the offense and promote respect for the law, provide just punishment, and afford adequate deterrence.

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY


*David Weiser*
David Weiser
Assistant United States Attorney
(502) 625-7068
david.weiser@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

*David Weiser*
David Weiser
Assistant United States Attorney